Argued October 9; affirmed November 26, 1929

GEORGE P. REIHSEN *v.* THE BURLINGAME CO.

(282 Pac. 554)

For appellant there was a brief over the names of *Messrs. Senn & Recken,* *Messrs. Beach, Simon & Greene* and *Mr. W. B. Shively* with an oral argument by *Mr. F. S. Senn.*

For respondent there was a brief over the name of *Messrs. Gallagher & Conway* with an oral argument by *Mr. P. J. Gallagher.*

RAND, J. This is a suit for rescission and a companion case to *Sharkey v. The Burlingame Co.* this day decided. The two cases were argued together and upon the same testimony. The facts are identical except as to the description of the property sold and the further fact that plaintiff did not solicit others to attend the lecture courses. The same rules were applicable to both cases and from this it follows that, since the decree in that case was affirmed, this should be and it is so ordered.                               AFFIRMED.

BELT and BROWN, JJ., absent.

ROSSMAN, J., dissenting.